DJW/bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**FORECLOSURE MANAGEMENT CO.,**

      **Plaintiff/Counterclaim Defendant,**

**v.**

      **CIVIL ACTION**

      **No. 07-2388-DJW**

**ASSET MANAGEMENT HOLDINGS, LLC,**

      **Defendant/Counterclaimant,**

## ORDER

A telephone hearing was held on April 29, 2008 regarding Plaintiff/Counterclaim Defendant's Motion for Protective Order (doc. 60). Plaintiff/Counterclaim Defendant appeared through counsel Eldon J. Shields and Robert F. Flynn. Defendant/Counterclaimant appeared through counsel Brandon J.B. Boulware and Lee R. Anderson.

After hearing argument of counsel, the Court took under advisement the Motion for Protective Order. The Court directed Plaintiff/Counterclaim Defendant to file a supplemental memorandum in support of its Motion for Protective Order, addressing the new issues raised at the telephone hearing. Said supplemental memorandum shall be filed on or before **May 5, 2008.** The Court also directed Defendant/Counterclaimant to file its response addressing the new issues raised in the supplemental memorandum on or before **May 9, 2008.** The Court will issue a ruling on the Motion for Protective Order in conjunction with its ruling on the pending Motion to Compel Production of Documents (doc. 27).

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas on this 29th day of April 2008.

s/ David J. Waxse
David J. Waxse
U.S. Magistrate Judge

cc: All counsel and *pro se* parties