DJW/bh

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**FORECLOSURE MANAGEMENT CO.,**

        **Plaintiff,**                  **Civil Action**

v.                                       **No. 07-2388-DJW**

**ASSET MANAGEMENT HOLDINGS, LLC,**

        **Defendant.**

**ASSET MANAGEMENT HOLDINGS, LLC., et al.,**

        **Counterclaimants,**

v.

**FORECLOSURE MANAGEMENT CO.,**

        **Counterclaim Defendant.**

**AMENDED SCHEDULING ORDER**

On the Court's own motion, the Scheduling Order is amended as follows:

1.     All discovery shall be completed by **October 6, 2008.**

2.     The **final pretrial conference** is scheduled for **October 20, 2008 at 10:00 a.m.** and **shall take place by telephone conference call**. No later than **October 13, 2008**, Defendants shall submit the parties' proposed pretrial order (formatted in WordPerfect X3, or earlier version) as an attachment to an Internet e-mail sent to ksd_waxse_chambers@ksd.uscourts.gov. The proposed pretrial order shall be in the form available on the Court's website (*www.ksd.uscourts.gov*). As the Pretrial Conference will proceed by telephone, please e-mail Lori Lopez with the appropriate contact information, at ksd_waxse_chambers@ksd.uscourts.gov at least two business days prior to the setting.

5. Dispositive motions shall be filed by **October 27, 2008**.

6. All motions to exclude testimony of expert witnesses pursuant to Fed. R. Evid. 702-705, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999), or similar case law, shall be filed no later than **October 27, 2008.**

7. The trial is continued from December 1, 2008 to **April 6, 2009 at 1:30 p.m.** in Room 223, Robert J. Dole U. S. Courthouse, Kansas City, Kansas. This is a "special," "No. 1" trial setting.

8. A status and/or limine conference is scheduled for **April 6, 2009 at 11:00 a.m.**

The schedule adopted in this Order shall not be modified except by leave of court upon a showing of good cause.

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas on this 18th day of August 2008.

s/ David J. Waxse
David J. Waxse
United States Magistrate Judge

cc: All counsel and *pro se* parties